MARTHA P. ROSA, Appellant, *v.* FREEBORN CHURCH-
ILL, Respondent.
Order affirmed, with $10 costs, and disbursements.
Opinion by Follett, J.

In the Matter of the General Assignment of EDWARD C.
KOONZ.
Order affirmed, with $10 costs and disbursements.
Opinion by Bockes, J.

NELSON MIDDAUGH, Appellant, *v.* ALFRED TABER,
Respondent.
Judgment affirmed, with costs.

THE FIRST NATIONAL BANK OF AUBURN, Respondent,
*v.* CHARLES BUTTON, Appellant.
Order affirmed, with costs.
Opinion by Learned, P. J.

HENRY M. PARTRIDGE, Respondent, *v.* THEODORE
BARTHOLOMEW, Appellant.
Judgment reversed, new trial granted, costs to abide event; ref-
erence discharged.
Opinion by Bockes, J.

DANIEL W. CLARK, Appellant, *v.* JOHN BRADY, Re-
spondent.
Judgment affirmed, with costs.

In the Matter of THE WORLD MUTUAL LIFE INSUR-
ANCE COMPANY.
Appeal dismissed, with $10 costs.

In the Matter of SKELLINGER, for Letters of Adminis-
tration.
Motion to dismiss appeal denied, with $10 costs.

JAMES H. WOODFORD *v.* BENJAMIN J. CHAPMAN.
Appeal dismissed.   (See order.)